UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Learoy Williams, et al.
                                    Plaintiff,
v.                                                      Case No.: 1:23−cv−01573
                                                        Honorable Thomas M. Durkin
Tophat Logistical Solutions, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 3/13/2025 regarding the unopposed motion for preliminary approval of class action settlement [132]. No one appearing on the call to object, the motion [132] is granted for the reasons stated on the record. The parties are to contact the courtroom deputy to schedule a final approval hearing. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.