# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Learoy Williams, et al.

                                     Plaintiff,

v.                                                   Case No.: 1:23−cv−01573
                                                              Honorable Thomas M. Durkin

Tophat Logistical Solutions, LLC, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Final approval hearing held on 7/8/2025. No one was present to object to the settlement. For the reasons stated on the record, the unopposed motion for final approval of the settlement agreement [138] and the unopposed motion for attorneys' fees and costs [139] are granted. Plaintiff's counsel is to submit a proposed order to Judge Durkin's proposed order inbox. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.